**C. BRUCE LAWRENCE, TRUSTEE-IN-BANKRUPTCY**
2400 Chase Square
Rochester, New York 14604
Telephone: (585) 232-5300 x256
Facsimile: (585) 238-9056
Email: cblawrence@boylanbrown.com

Sandra J. Ciaccia, Legal Assistant
Telephone: (585) 232-5300 x262
Facsimile: (585) 238-9062
Email: sjc@boylanbrown.com

August 30, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court
100 State Street
Rochester, New York 14614

  Re: Kriss Ann Sniffen – Case #10-20001
     Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

  Enclosed please find my Trustee's check in the amount of $3.84. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

  \_\_\_\_\_ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

  \_\_X\_\_ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

  **Claimant:** Precision Recovery Analytics **Amount:** $3.84 **Claims Register:** #1

*/s/ C. Bruce Lawrence*
C. Bruce Lawrence

FILED AUG 31 2011 BANKRUPTCY COURT ROCHESTER, NY

# DIVIDENDS REMITTED TO THE COURT

Case Number 10-20001 - SNIFFEN, KRISS ANN

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Precision Recovery Analytics, Inc<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | 000001 | 184.26 | 3.84 |
| ---------- Remittance Total --------------- | | 184.26 | 3.84 |

*signature*

C. BRUCE LAWRENCE, Trustee